United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAFAEL ALBERTO CASTRILLO ZAMORA, | § § § | |
| Petitioner, | § § | |
| v. | § | CIVIL ACTION NO. H-25-6290 |
| BRET BRADFORD, et al., | § § § | |
| Respondents. | § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Respondents' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 20th day of February, 2026.

                                      SIM LAKE
                                      SENIOR UNITED STATES DISTRICT JUDGE